IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
SEP 18 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| CHRISTIAN and BROOKS HAIGHT, Individually and as Co-Personal Representatives of the Estate of L.C.F.H., and as Natural Parents and Guardians of their Minor Daughter H.H.,<br>　　Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA,<br>　　Defendant. | CV 17-67-H-CCL<br><br>ORDER |

The Court having received notification that this matter has been settled,

IT IS HEREBY ORDERED that the parties shall submit their stipulation for dismissal with prejudice on or before October 31, 2018.

Dated this 18th day of September, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE