FILED
1/25/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHRISTIAN and BROOKS HAIGHT, Individually and as Co-Personal Representatives of the Estate of L.C.F.H., and as Natural Parents and Guardians of their Minor Daughter H.H.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 17-67-H-CCL<br><br><br><br>ORDER |

Pursuant to the United States' Status Report filed January 25, 2019, and for good cause shown,

IT IS HEREBY ORDERED that the parties will have until March 8, 2019, to submit dismissal documents or a status report.

DATED this 25th day of January, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

1